# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

**VENADIUM LLC,**

    **Plaintiff,**

**v.**

**E*TRADE FINANCIAL CORPORATION,**

    **Defendant.**

No. 5:17-cv-55-RWS

## FINAL JUDGMENT

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice Under Rule 41(a)(1)(A)(i), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED WITH PREJUDICE**.

Each party shall bear its own costs and attorneys' fees.

All relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to **CLOSE** the case.

**SIGNED this 4th day of May, 2017.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE